# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136147

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

VINCENTE LAMAR LIPSEY,
     Defendant-Appellant.

SC: 136147
COA: 283166
Isabella CC: 06-001391-FH

_____/

     On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2008

d1021

               Clerk